No. 01–7940.  WOODCOCK v. WEBB, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–7941.  THOMPSON v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 01–7942.  PORTER v. DIECAST CORP. ET AL.  C. A. 6th Cir. Certiorari denied.

No. 01–7943.  BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–7945.  DUDLEY v. DUNCAN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–7946.  EGAN v. GORCZYK; and EGAN v. VERMONT.  Sup. Ct. Vt.  Certiorari denied.

No. 01–7949.  PARKER v. PRINCE WILLIAM COUNTY ET AL. C. A. 4th Cir.  Certiorari denied.

No. 01–7950.  THOMAS v. OWEN, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–7951.  WASHINGTON v. STATE STREET BANK & TRUST CO. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 01–7952.  WILLIAMS v. UNITED STATES;
No. 01–7956.  MARSHALL v. UNITED STATES;
No. 01–8203.  MONTGOMERY v. UNITED STATES; and
No. 01–8477.  JETT ET AL. v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–7981.  ENRIQUEZ v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–7986.  WISHNEFSKY v. KURTZ ET AL.  C. A. 3d Cir. Certiorari denied.

No. 01–8010.  KIBBE v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.